IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gilbert, Debra L

Printed: 3/25/08

Case Number: 05 B 64147
Judge: Hollis, Pamela S
Filed: 12/22/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: March 21, 2008
Confirmed: March 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,400.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,273.60 |
| Trustee Fee: |  | 126.40 |
| Other Funds: |  | 0.00 |
| Totals: | 2,400.00 | 2,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,600.20 | 2,273.60 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 693.23 | 0.00 |
| 4. | Property Corporation Of America | Secured | 524.00 | 0.00 |
| 5. | Capital One | Unsecured | 1,203.58 | 0.00 |
| 6. | Aspire Visa | Unsecured | 612.79 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 822.48 | 0.00 |
| 8. | Bank Of America | Unsecured | 4,425.45 | 0.00 |
| 9. | Comcast | Unsecured |  | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 11. | Family Service & Mental Health | Unsecured |  | No Claim Filed |
| 12. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 13. | SBC | Unsecured |  | No Claim Filed |
| 14. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 15. | Osco Drugs | Unsecured |  | No Claim Filed |
| 16. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,881.73 | $ 2,273.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 33.00 |
| 5% | 10.00 |
| 4.8% | 24.00 |
| 5.4% | 59.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Gilbert, Debra L

Printed:  3/25/08

Case Number:  05 B 64147
Judge:  Hollis, Pamela S
Filed:  12/22/05

_____
$ 126.40

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____